UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-78-FL

FILED
JUN 2 9 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO UNSEAL DOCKET |
| | ) | |
| REGINALD VAN REESE, JR. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves this Honorable Court for an order to unseal the docket in the above-referenced case, with the exception of the government's Motion to Seal (DE-6) and any other filings that are presumptively sealed by Standing Order and/or the Local Criminal Rules.

WHEREFORE, the Government respectfully moves for an order granting the relief requested and directing the Clerk of Court to take such action as may be necessary and appropriate to facilitate such relief.

Respectfully submitted, this 29th day of June, 2020.

        ROBERT J. HIGDON, JR.
        United States Attorney

BY:   /s/ T. Moses
   for ADAM F. HULBIG
   Assistant United States Attorney
   150 Fayetteville Street, Suite 2100
   Raleigh, NC 27601-1461
   Telephone: (919) 856-4530
   E-mail: adam.hulbig@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this 29th day of June, 2020, filed a copy of the foregoing motion via the Court's CM/ECF system, thereby effecting service upon Defendant's counsel of record as follows:

Jaclyn L. DiLauro
Federal Public Defender's Office
Email: Jackie_dilauro@fd.org

BY: _____ T. Moses_____
for ADAM F. HULBIG
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
E-mail: adam.hulbig@usdoj.gov